UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| DAVID WHITE, | No. 24-6787 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 1:24-cv-01300-MC<br>District of Oregon,<br>Medford |
| v. | |
| SCOTT ASHFORD; et al., | ORDER |
| Defendants - Appellees. | |

Before: CANBY, M. SMITH, and FORREST, Circuit Judges.

After considering the responses to the court's January 10, 2025 order and the opening brief, we deny the motion to proceed in forma pauperis (Docket Entry No. 4) and dismiss this appeal as frivolous. *See* 28 U.S.C. § 1915(a), (e)(2).

All other pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DISMISSED.**