UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID WHITE,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>SCOTT ASHFORD; et al.,<br><br>    Defendants - Appellees. | No. 24-6787<br><br>D.C. No.<br>1:24-cv-01300-MC<br><br>District of Oregon,<br>Medford<br><br>MANDATE |

The judgment of this Court, entered February 28, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT